Samuel Sanchez
Reg.No. 04949-070
P.O.Box 26030
Beaumont,TX
77720-6030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Samuel Sanchez,
Petitioner,

vs.

United States Of America,
Respondent.

CIVIL NO. 05-240

Comes now Samuel Sanchez, Petitioner **("Petitioner")** and ask the Court to allow him an additional **sixty (60) days** from May 20, 2005 to and including July 20,2005 to perfect his memorandum of points and authorities in support of his **section 2255**, this motion is based on the following:

1. First, Petitioner is non-cognizant of the law and is without the funds to retain counsel, and as such he is dependant on his fellow inmates to assist him with perfacting his memorandum of points and authorities **("Memo.")** and this additional time will allow him to show the court the decisional authority and argument he presents domonstrates he is entitled to relief from his life sentence.

2. Here in the BOP, a prisoner is assigned to a work detail where he is required to be from work call at 7:30 am until 3:30 pm yard and activities recall five days a week.

3. The BOP considers working on one's case a liesure time activity, and must be pursued on a prisoner's off time.

4. The law library is open from 7:30 am until 11:30 am and from 12:30 pm until 3:00 pm yard and activities recall for the 4:00pm count, and after the evening meal from approximately 6:00 pm until 8:00 pm yard and activities recal.

5.Petitioner then has access to the law library from 6:00 pm until 8 pm four days a week (Friday evenings it is closed) and on weekends from 8:00 am until 9:30 yard and activities recall for the 10:am weekend count; and from approximately 12:00 noon until 3:00 pm yard and activities recall for the four pm count.

6. On a weekly basis, Petitioner depending on the level of violence on the yard and meal rotation schedule may have access to the law library for approximately 17 sum hours a week.

7. The law library has at best 12 functional typewriters and space and seating for about 35 prisoners comfortably to serve 1,500 prisoners, and it appears everyone is filing a **Booker claim** irrespective of the fact it does not apply retroactively to initial **2255s.**

8. With respect to violence on the yard and cell lock-downs, here due to an assault on a female correctional officer their was a prison wide cell lock-down and shake down of the prison that lasted over a week, and here the past week the prison came off an additional lock down due to a gang related killing of a prisoner in one of the housing units.

9. Summer and the humid heat is here and historically violence escalates in the U.S.P. so more lock down are sight.

10. It is Petitioner's position that no party will be prejudiced by allowing him this additional time to perfect his memo. in support of his **section 2255**, and the public's interest in the fairness of the proceedings, and the ends of justice will best be served by allowing Petitioner this **sixty (60) days** to perfect his memorandum of points and authorities.

## IN CONCLUSION

**WHEREFORE** and in conclusion Samuel Sanchez ask the Court based on the foregoing to allow him this additional period from May 20, 2005 to and including July 20,2005 to file his memorandum of points and authorities in support of his **§ 2255**, re grant any other relief this Court deems just and proper.

**Dated: May 20,2005**

**Respectfully Submitted:**

Samuel Sanchez
Reg.No.04949-070
P.O.Box 26030
Beaumont,TX. 77720-6030