Samuel Sanchez
Reg.No. 04949-070
P.O.Box 26030
Beaumont,TX
77720-6030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Samuel Sanchez,<br>Petitioner,<br><br>vs.<br><br>United States Of America,<br>Respondent. | [redacted] 05 240<br><br>CIVIL NO.________________ |

Comes now Samuel Sanchez, Petitioner **("Petitioner")** and ask the Court to allow him an additional **sixty (60) days** from May 20, 2005 to and including July 20,2005 to perfect his memorandum of points and authorities in support of his **section 2255**, this motion is based on the following:

1. First, Petitioner is non-cognizant of the law and is without the funds to retain counsel, and as such he is dependant on his fellow inmates to assist him with perfacting his memorandum of points and authorities **("Memo.")** and this additional time will allow him to show the court the decisional authority and argument he presents domonstrates he is entitled to relief from his life sentence.

2. Here in the BOP, a prisoner is assigned to a work detail where he is required to be from work call at 7:30 am until 3:30 pm yard and activities recall five days a week.

Granted: Ronald R. Lagueux
Sr. USDJ 6/2/05