**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SAMUEL SANCHEZ,<br>Defendant-Petitioner, | : | |
| | : | CA. No. 05-240L |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA,<br>Respondent. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente for the District of Rhode Island, and Gerard B. Sullivan, Assistant United States Attorney, and hereby respectfully moves that this court extend the time period during which the government must respond to the petition to September 13, 2005. For grounds, the undersigned Assistant United States Attorney states due to his workload he requires additional time to review the petitioner's files regarding his previous post-conviction relief petitions.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar No. 3134

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 06th day of September, 2005, a copy of the within Government's Motion for Extension of Time was mailed by first-class mail, postage prepaid, to:

Robert B. Mann, Esq.
501 Turks Head Place
Providence, Rhode Island 02903

Barbette E. Glamacki