IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL SANCHEZ, :
Defendant-Petitioner, :
: CA. No. 05-240L
v. :
:
UNITED STATES OF AMERICA, :
Respondent. :

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente for the District of Rhode Island, and Gerard B. Sullivan, Assistant United States Attorney, and hereby respectfully moves that this court extend the time period during which the government must respond to the petition to September 13, 2005. For grounds, the undersigned Assistant United States Attorney states due to his workload he requires additional time to review the petitioner's files regarding his previous post-conviction relief petitions.

Granted: Ronald R. Lagueux
SR. USDJ 9/8/05