IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAMUEL SANCHEZ | ) |
| | ) |
| v. | ) CA. No.05-240L |
| | ) CR. No.00-141L |
| UNITED STATES OF AMERICA | ) |

GOVERNMENT'S MOTION TO EXCEED PAGE LIMITS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, and moves this Court to allow the government to file an appendix of sixteen pages so as to adequately address the numerous issues raised by the pro se defendant.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2005, I served a copy of the within Government's Motion To Exceed Page Limits, by mailing same, postage prepaid, to:

Samuel Sanchez
Reg. No. 04949-070
P. O. Box 26030
Beaumont, Texas 77720-6030

[signature]