IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL SANCHEZ )
)
v. ) CA. No.05-240L
) CR. No.00-141L
UNITED STATES OF AMERICA )

GOVERNMENT'S MOTION TO EXCEED PAGE LIMITS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, and moves this Court to allow the government to file an appendix of sixteen pages so as to adequately address the numerous issues raised by the pro se defendant.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Gerard B Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney

Granted:
Ronald R. Lagueux
Sr. USDJ 9/15/05