UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SAMUEL SANCHEZ )
)
v. ) C.A. No. 05-240L
)
UNITED STATES OF AMERICA )

MEMORANDUM AND ORDER

Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence is totally devoid of merit. The Government has ably refuted each and every claim asserted by the petitioner in its objection to the motion.

Petitioner pleaded guilty to conspiracy to commit carjacking, carjacking resulting in death, and aiding and abetting a carjacking that resulted in death, pursuant to a plea agreement. He received what he bargained for -- no death sentence. This Court imposed a sentence of life imprisonment which was clearly justified. That sentence was affirmed on appeal by the First Circuit Court of Appeals. Certiorari was denied by the United States Supreme Court. No more need be said. Petitioner's motion hereby is denied.

It is so Ordered.

Ronald R. Lagueux
Senior U.S. District Judge
September 28, 2005