UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Samuel Sanchez<br>Plaintiff,<br><br>v.<br><br>USA<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-240L |

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant USA against the petitioner Samuel Sanchez, in accordance with the Court's Memorandum and Order dated 9/28/05 denying petitioner's 2255 petition.

Deputy Clerk
September 30, 2005