Samuel Sanchez
Reg. No. 04949-070
P.O. Box 26030
Beaumont, Tx. 77720-6030

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Samuel Sanchez,** | : | |
| **Petitioner/Appellant,** | : | |
| | : | **Notice Of Appeal** |
| **VS.** | : | |
| | : | **Civil No. 05-240L** |
| **United States Of America,** | : | |
| **Respondent/Appellee.** | : | |

---

Comes now Samuel Sanchez, Petitioner/Appellant, and hereby files a notice of appeal appealing to the First Circuit Court of Appeals the denial of relief under 28 USC § 2255 Civil No. 05-240L.

Dated: November 6, 2005

Respectfully Submitted:

Samuel Sanchez

CERTIFICATE OF MAILING

I, Samuel Sanchez, swear under penalty of perjury that I placed in the Prisoners' Special Mail Box located at United States Penitentiary Beaumont, Tx. a copy of the foregoing notice of appeal on November 6, 2005 postage prepaid first class addressed to:

U. S. Attorneys' Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, Eight Floor
Providence, Rhode Island 02903

and,

United States District Court
Attn: Office of the Clerk
Providence, Rhode Island
02903-1779

Signed: