Case 1:05-cv-00240-L Document 12 Filed 10/13/2005 Page 1 of 6

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Samuel Sanchez
Reg. No. 04949-070
P.O. Box 26030
Beaumont, Tx. 77720-6030

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Samuel Sanchez,** **Plaintiff,** | : | **Motion/Appointment of Counsel** **Notice Of Intent To File A Memorandum Of Points And Authorities In Support Of COA** |
| **vs.** | : | |
| **United States Of America,** **Respondent.** | : | **Civil No. 05-240L** |

Comes now Samuel Sanchez, Plaintiff, ("Plaintiff") and asks the court for to allow Plaintiff to submit a memorandum of points and authorities in support of his application for a Certificate of Appealability, this matter is based on the following:

1. First, Plaintiff is without funds to retain counsel to perfect his certificate of appealability ("COA"), and because he is non cognizant of the law he of necessity is dependant on his fellow prisoners to assist him with perfecting his COA.

2. Second, Plaintiff ask this court to liberally construe his this pleading.

3. Here on October 5, 2005 Plaintiff received this court's memorandum and order denying his petition under section 2255 for the reason his motion was purportedly totally devoid of merit.

Request for appointment of counsel - Denied. Also viewing this as an application for a COA, it is Denied - no viable issue on appeal. Ronald R. Lagueux
Sr. USDJ 11/14/05