(03-97) Motion to Proceed on Appeal ___ Forma Pauperis and Affidavit (appeal ifp)

# UNITED STATES DISTRICT COURT

SAMUEL SANCHEZ, APPELLANT

V.

UNITED STATES OF AMERICA,
APPELLEE.

Case Number: C.A. No. 05-
Appeal No. 05-2740

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Samuel Sanchez, declare under penalty of perjury and false statement that I am the (check appropriate box)

[ ] petitioner/plaintiff/movant XX other Applicant/Appellant

in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

I further state that the responses to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

1. Are you presently employed? [X] Yes [ ] No My Prison job is: Unit Orderly
I am paid approx. $ 20. per month.
   a. If the answer is "Yes", state the amount of your salary or wages per month and give the name and address of your employer.
      Approximately: $ 20.00 per month. Since I placed in the $20. per month figure the Unit Couselor notified all orderlies they will be paid $5. per month as of January 2006.
   b. If the answer is "No", state the date of your last employment and the amount of the salary and wages per month which you received.
      N/A

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment or in the form of rent payments, interest, dividends, or other source? [ ] Yes XX No
   a. If the answer is "Yes", describe each source of income, and state the amount received from each during the past twelve months. N/A

3. Do you own any cash or checking or savings accounts? [ ] Yes [XX] No
   a. If "Yes", state the total value of the items owned.

17

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes XX No

a. If "Yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons.

I have no dependants.

6. Are you currently incarcerated? XX Yes [ ] No

a. If "Yes", state the place of your incarceration U.S.P. Beaumont, Texas

b. Are you employed at the institution? Yes Do you receive any payment from the institution? Yes

c. Have the institution of your incarceration complete the Certificate portion on the attached page and/or affix a certified copy of your trust fund account statement (or institutional equivalent) stating the average monthly deposits and average monthly balance for the 6-month period immediately preceding the filing of the notice of appeal, obtained from the appropriate official of each prison at which you are or were confined.

Please see attached print-out of my account for the pas6t 6 months.

I understand that a false or dishonest statement or answer to a question in this affidavit may be punishable by fine or imprisonment, or both.

Samuel Sanchez (signature)
Signature
Samuel Sanchez
Reg. No. 04949-070

Let the applicant proceed on appeal without prepayment of costs or fees or the necessity of giving security therefor.

Judicial Officer

NOTE: In the alternative allow my to make monthly payments.

Denied — any appeal in this case would be frivolous.
Ronald R. Lagueux
Sr. USDJ (4/25/06)