David A. DiMarzio
Clerk of Court

# UNITED STATES DISTRICT COURT
## District of Rhode Island

Paulette Dube
Chief Deputy

June 6, 2006

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re:DC# 05-cv-240 COA# 05-2740 Samuel Sanchez v. USA

Dear Mr. Donovan:

Please find CA No. 00-141 and PSR and SOR for the criminal file.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk