J. Lagueux
CA: 05-240

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 05-2740

SAMUEL SANCHEZ,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Lipez, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: February 22, 2007

Petitioner seeks a certificate of appealability in order to challenge the district court's denial of his request for relief under 28 U.S.C. § 2255. Petitioner asserts that he received ineffective assistance of counsel, as defined in Strickland v. Washington, 466 U.S. 668 (1984). Neither petitioner's papers nor the record in the underlying criminal case reflects inadequate preparation or performance by counsel.

Petitioner's request to proceed in forma pauperis is granted.

Because petitioner has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2),the request for a certificate of appealability is denied

and this appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 2/22/07

[Cert. cc: Hon. Ronald Lagueux and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: Sanchez, Lockhart and Sullivan]