RECEIVED APR 1 4 2007 Property of U.S. District Court District of Rhode Island

CA: 05-240 S. Lagueux

**MANDATE**

# United States Court of Appeals
## For the First Circuit

RECEIVED RECEIVED 2007 Property of U.S. District Court 2007 District of Rhode Island Property of U.S. District Court District of Rhode Island

No. 05-2740

SAMUEL SANCHEZ,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lipez, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

RECEIVED April 13 2007 Property of U.S. District Court District of Rhode Island

JUDGMENT

Entered: February 22, 2007

Petitioner seeks a certificate of appealability in order to challenge the district court's denial of his request for relief under 28 U.S.C. § 2255. Petitioner asserts that he received ineffective assistance of counsel, as defined in Strickland v. Washington, 466 U.S. 668 (1984). Neither petitioner's papers nor the record in the underlying criminal case reflects inadequate preparation or performance by counsel.

Petitioner's request to proceed in forma pauperis is granted.

Because petitioner has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), the request for a certificate of appealability is denied

and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: APR 11 2007

By: MARGARET CARTER
Chief Deputy Clerk.

[Cert. cc: Hon. Ronald Lagueux and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: Sanchez, Lockhart and Sullivan]